

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2022

No. 04-22-00608-CV

**INTERNATIONAL PAPER COMPANY**, Robert Medina, and Phillip Quintanilla,
Appellants

v.

Robert **SANCHEZ,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI17334
Honorable Nicole Garza, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
        Liza A. Rodriguez, Justice
        Lori I. Valenzuela, Justice

On September 15, 2022, the trial court denied the motion to compel arbitration and stay proceedings filed by International Paper Company, Robert Medina, and Phillip Quintanilla. On September 20, 2022, International Paper Company, Robert Medina, and Phillip Quintanilla filed a notice of appeal seeking appellate review of the trial court's order.

On Friday September 30, 2022 at 7:28 p.m., Appellants International Paper Company, Robert Medina, and Phillip Quintanilla filed an Emergency Motion to Stay Pending Resolution of Accelerated Interlocutory Appeal, requesting that we stay the Monday October 3, 2022 trial setting. Because appellants waited until the eve of trial to file their motion, their emergency motion is DENIED.

It is so **ORDERED** October 3, 2022.

**PER CURIAM**

ATTESTED TO: _____
          MICHAEL A. CRUZ,
          CLERK OF COURT